UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                        Case Number: 15-cr-20658

v.

                                        Honorable Thomas L. Ludington

BILLY LYNN SHADDEAU,                  Magistrate Judge Patricia T. Morris

       Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

On April 5, 2016, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant Billy Lynn Shaddeau's consent. The Magistrate Judge issued her report that same day, recommending that this Court accept Defendant's plea of guilty. ECF No. 12.

Although the Magistrate Judge's report explicitly stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right to appeal the magistrate judge's findings under Federal Rule of Criminal Procedure 11(b). *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 12, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 10, is taken **UNDER ADVISEMENT**.

Dated: April 27, 2016         s/Thomas L. Ludington
                              THOMAS L. LUDINGTON
                              United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 27, 2016.

                    s/Michael A. Sian
                    MICHAEL A. SIAN, Case Manager